## STATE v. VALIQUETTE

No. 587P97

Case below: 127 N.C.App. 752

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

## STATE v. WATSON

No. 554P97

Case below: 127 N.C.App. 398

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

## STATE v. WILSON

No. 579P97

Case below: 127 N.C.App. 757

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Motion by Attorney General to dismiss petition for discretionary review denied 5 February 1998.

## STATE v. WRIGHT

No. 542P97

Case below: 127 N.C.App. 592

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## STATE FARM LIFE INS. CO. v. ALLISON

No. 13P98

Case below: 128 N.C.App. 74